# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
LEROY DIEFENBACH TRUST,               *
                                      *
        Plaintiff,                    *
                                      *   No. 19-265C
        v.                            *   Filed: August 30, 2019
                                      *
UNITED STATES,                        *
                                      *
        Defendant.                    *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' August 30, 2019 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
    **Judge**